(No. 78-CC-0359 — )

MASON & MEENTS CONSTRUCTION Co., Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 21, 1978.*

PER CURIAM.

On August 3, 1978, this Court entered an order granting motion of Respondent to dismiss.

This order was based upon representation that the Claimant was a corporation which had filed its own claim.

Since the above order was entered, the Court has received a letter from Claimant, dated May 30, 1978, setting forth that Claimant is not a corporation but is a co-partnership.

The previous order of dismissal is hereby revoked and award is entered in the amount of $4,658.40 in favor of Claimant.